IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY J. BRADFORD, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ENOVA INTERNATIONAL, INC., d/b/a CNU ONLINE HOLDINGS,<br><br>   Defendant. | Case No: 4:21-cv-00065-LHR |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, RADLEY J. BRADFORD, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, ENOVA INTERNATIONAL, INC., d/b/a CNU ONLINE HOLDINGS., with prejudice with both parties to bear their own attorney's fees and costs.

Dated: May 25, 2021                                         Respectfully Submitted,

                                                            /s/ *Victor T. Metroff*
                                                            Mohammed O. Badwan
                                                            Victor T. Metroff
                                                            *Counsel for Plaintiff*
                                                            Sulaiman Law Group, Ltd.
                                                            2500 S. Highland Ave., Ste. 200
                                                            Lombard, IL 60148
                                                            Phone: (630) 575-8180
                                                            mbadwan@sulaimanlaw.com
                                                            vmetroff@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Victor T. Metroff*
Victor T. Metroff, Esq.
