United States District Court
Southern District of Texas
**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY J. BRADFORD, *individually, and on behalf of all others similarly situated*, | § § § |
| Plaintiffs, | § § |
| VS. | §   CIVIL ACTION NO. H-21-65 § |
| ENOVA INTERNATIONAL, INC., | § § § § |
| Defendant. | § |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entries No.. 18), this action is dismissed with prejudice.

SIGNED on June 2, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge